IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL NEGRON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:11-CV-257(MTT) |
| GAIL JACKSON, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 38). The Magistrate Judge recommends dismissing the Plaintiff's Complaint and Amended Complaint because no service has been made on the Defendant within 120 days of proper commencement of the action as required by Federal Rule of Civil Procedure 4. The Plaintiff filed a "No Objection" agreeing with the Magistrate Judge's Recommendation. (Doc. 39). The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Accordingly, the Plaintiff's Complaint and Amended Complaint are **DISMISSED**. (Docs. 1 and 21).

**SO ORDERED**, this 23rd day of May, 2012.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT